Paul Swanlund, appellant, v. Rockford & Interurban Railway Company, appellee. Gen. No. 6,851.

Action for damages for personal injuries received in a collision at a crossing between defendant's interurban car and a motorcycle, in the side car of which plaintiff was riding. Verdict and judgment for defendant. Appeal from the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed February 23, 1922.

Roy F. Hall and J. E. Goembel, for appellant. Fisher, North, Welsh & Linscott, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

Everett B. Thomas, appellee, v. Peoria Railway Company, appellant. Gen. No. 6,877.

Action for damages to an automobile owned by plaintiff and struck by defendant's street car. Judgment for plaintiff. Appeal from the County Court of Peoria county; the Hon. Robert H. Lovett, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed February 23, 1922.

Hunter, Page & Kavanagh, for appellant. Dailey, Miller, McCormick & Radley, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

Callaghan & Company, appellee, v. C. H. Payson, appellant. Gen. No. 6,904.

Assumpsit. Judgment for plaintiff in justice's court and in circuit court on appeal. Appeal from the Circuit Court of Iroquois county; the Hon. Frank L. Hooper, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed February 23, 1922.

C. H. Payson, pro se. No appearance for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

Edward W. Riley, appellee, v. August Felgenhauer and William Leonard, appellants. Gen. No. 6,905.

Action upon a promissory note. Judgment by confession against defendants opened and leave to plead given. Judgment for plaintiff on the merits. Appeal from the Circuit Court of Lake county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed February 23, 1922.

R. S. Egan and E. C. Tobin, for appellants. Castle, Williams, Long & Castle, for appellee; Howard P. Castle, of counsel.

Mr. Justice Jones delivered the opinion of the court.